# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Dion Montreal Coxton ,

          Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-00067-RJC

USA,

          Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/6/2012 Order.

Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court